**ERVIN AND ASSOCIATES, INCOR-
PORATED, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5082.

United States Court of Appeals,
Federal Circuit.

Jan. 18, 2005.

Before LOURIE, SCHALL, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is

**354**

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.